No. 05–8614. CARTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8616. RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8619. RAMSEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–8620. SANDOVAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8625. TUCKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8627. CARRION v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–8631. DIGNO MEZA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8632. JARSO ET AL. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–8635. JOHNSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–8636. MARCELENO v. EVANS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–8637. RAGSDALE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8642. WILLIAMS, AKA CLARKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8643. WOODS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8647. MATA-HERNANDEZ v. UNITED STATES;
VENTURA ROSALES v. UNITED STATES;
HERNANDEZ-ESTRADA v. UNITED STATES;
PINEDA-GARDUNO v. UNITED STATES;
VILLALOBOS-CANALES v. UNITED STATES;
REA-HERRERA v. UNITED STATES;
CADENA-SOLIS v. UNITED STATES

CORTES-GARCIA *v.* UNITED STATES
ARIAS-GONZALEZ *v.* UNITED STATES LEON-
ARGUELLO *v.* UNITED STATES MORENO-
CABRERA *v.* UNITED STATES SANCHEZ-
FLORES *v.* UNITED STATES and
GARCIA-MESA *v.* UNITED STATES C. A. 5th
Cir. Certiorari denied.

No. 05–8649. VOILS *v.* HALL, WARDEN, ET AL. C. A. 11th Cir.
Certiorari denied.

No. 05–8652. PEREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8653. MORENO *v.* UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 05–8655. MORRIS *v.* CASON, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 05–8660. RIVAS-RUIZ *v.* UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 05–8661. QUIJADA *v.* UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 05–8663. SAVOCA, AKA RODDY *v.* UNITED STATES. C. A.
4th Cir. Certiorari denied.

No. 05–8666. MOJARRO-MAGALLANES *v.* UNITED STATES.
C. A. 9th Cir. Certiorari denied.

No. 05–8667. OCHOA BALDOVINOS *v.* UNITED STATES. C. A.
4th Cir. Certiorari denied.

No. 05–8668. SALAZAR-MONTES, AKA NOE SALAZAR, AKA SA-
LAZAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8670. SAN MARTIN *v.* UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 05–8671. MENDEZ-MEDEROS *v.* UNITED STATES. C. A.
9th Cir. Certiorari denied.

No. 05–8675. EDEKER *v.* UNITED STATES. C. A. 11th Cir.
Certiorari denied.